**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00094-CR

———————————

## IN RE STERLING T. RILES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Sterling T. Riles, acting pro se, filed a petition for writ of mandamus requesting that our Court: (1) dismiss the underlying criminal proceeding with prejudice, (2) impose sanctions against the State, and (3) order "expungement of all related proceedings and records."[1] Riles subsequently filed a "supplement" to his

---

[1] The underlying case is *The State of Texas v. Sterling Turray Riles*, cause number 2592353, pending in the County Criminal Court at Law No. 7 of Harris County, Texas, the Honorable Andrew A. Wright presiding.

petition including, among other things, additional requests that our Court "[m]andate that the State and trial court produce to [Riles], without exception and regardless of disposition, all physical and electronic discovery under Tex. Code Crim. Proc. art. 39.14" and stay all trial court proceedings. We deny the petition and all other pending requests for relief.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).